v.

**The STATE of Texas, Appellee.**

**No. 27320.**

Court of Criminal Appeals of Texas.

Jan. 5, 1955.

**Johnson BILLINGSLEY, Appellant,**

v.

**The STATE of Texas, Appellee.**

**No. 27399.**

Court of Criminal Appeals of Texas.

Feb. 2, 1955.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., Austin, for the State.

No attorney for appellant.

Leon Douglas, State's Atty., Austin, for the State.

**PER CURIAM.**

The offense is driving while operator's license was suspended; the punishment, a fine of $25.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review.

The judgment is affirmed.